**<u>Attachment A</u>**
**Description of Devices to be Searched ("Subject Devices")**

The property to be searched is:

- iPhone with a clear case with black trim; and
- iPhone with a teal green back and no case.

The **Subject Devices** are currently secured at the Kalamazoo Department of Public Safety, 150 E Crosstown Pkwy., Kalamazoo, MI 49001.

This warrant authorizes the forensic examination of the **Subject Devices** for the purpose of identifying the electronically stored information described in Attachment B.